FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 19, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GENARO CORRAL-URREA, JR.,<br><br>Defendant. | No. 2:18-CR-00189-RMP-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CURFEW<br><br>**MOTION GRANTED**<br>    (**ECF No. 62**) |

Before the Court is Defendant's Unopposed Motion to Modify Curfew, **ECF No. 62**. Defendant recites in his motion that U.S. Probation does not object to this modification, but that the government has not yet responded.

Specifically, Defendant requests permission to extend curfew from 7:00 p.m. to 8:00 p.m. Defendant also requests that U.S. Probation be authorized to further adjust his curfew, for work purposes.

**IT IS ORDERED**, that Defendant's Motion, **ECF No. 62**, is **GRANTED**. Defendant is restricted to his residence between 8:00 p.m. and 7:00 a.m. Defendant's curfew may be further adjusted, on a day-by-day basis, to accommodate his work schedule, *provided* the supervising Pretrial Services officer approves any variance in advance.

//

//

ORDER - 1

1 All other terms and conditions of pretrial release not inconsistent herewith
2 shall remain in full force and effect.
3 **IT IS SO ORDERED.**
4 DATED April 19, 2019.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2